# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3467

_____

| | | |
|---|---|---|
| Douglas W. Thompson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| J. Booker, Warden, USP Leavenworth, | * | Eastern District of Missouri. |
| | * | |
| Appellee. | * | [UNPUBLISHED] |

_____

Submitted: April 20, 2006
Filed: April 27, 2006

_____

Before WOLLMAN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Douglas Thompson appeals the denial of his Federal Rule of Civil Procedure 60(b) motion. Thompson sought relief for the third time, this time relying on Gonzalez v. Crosby, 125 S. Ct. 2641 (2005), from a March 2002 order denying his 28 U.S.C. § 2254 petition. Following careful review, we find no abuse of the district court's[1] discretion. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.